UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 22-60185-CV-COHN/STRAUSS

JOHN MEGGS,

    Plaintiff,

v.

JEFAST PELICAN GRAND I LLC.

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JOHN MEGGS, and Defendant, JEFAST PELICAN GRAND I LLC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant. Respectfully submitted this March 17, 2022.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553- 3464
Email: ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *Arlene Kline*
ARLENE K. KLINE, ESQ.
Florida Bar No. 104957
AKERMAN LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401-6183
Telephone: (561) 653-5000
Email: arlene.kline@akerman.com
*Counsel for Defendant Pelican Grand I LLC*

## CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 17, 2022.

                Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ